UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVARIO WEBB,

        Plaintiff,

v.

WILLIAM FEDERSPIEL,

        Defendant.
_____/

Case No.   11-13622

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in the Order entered on July 25, 2012, judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: July 25, 2012        By: s/Julie Owens
                                            Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, July 25, 2012, by electronic and/or ordinary mail.

                                            S/Julie Owens
                                            Case Manager, (313) 234-5160